IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INDIGO FALLS,       Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-06-3388 |
| CLETA PERCY,       Defendant. | § § § | |

### REMAND ORDER

This Court ordered Defendant Cleta Percy and Third-Party Defendant FEMA to show cause why Plaintiff's Motion to Sever and Remand [Doc. # 4] should not be granted. Percy has responded by voluntarily dismissing Third-Party Defendant FEMA [Doc. # 7]. Percy does not respond to Indigo Falls' argument that this case should be remanded. As there is no longer a federal question at issue in this case, or any diversity of the parties, it is hereby

**ORDERED** that Plaintiff's Motion to Sever and Remand [Doc. # 4] is **GRANTED**. This case is **REMANDED** to the Justice Court of Harris County, Texas, Precinct Two, Position Two.

**SIGNED** at Houston, Texas, this **16th** day of **November, 2006**.

Nancy F. Atlas
United States District Judge